IN THE UNITED STATES DISTRICT COURT

RECEIVED BY MAIL
JAN 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

DISTRICT OF MINNESOTA

_______________ Division

MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

UNITED STATES OF AMERICA

Federal Correctional Inst. (Low)
PLACE OF CONFINEMENT

vs.

10543-041
PRISONER ID NUMBER

JESUS FLORES-FLORES
MOVANT
(Full name of movant)

Cr. 01-152-01 RHK/AJB
CASE NUMBER
(Supplied by the Clerk of the District Court)

(If Movant has a sentence to be served in the future, under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4. If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration provided with this motion, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

SCANNED
JAN 24 2005
U.S. DISTRICT COURT ST. PAUL

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate motions as to each such judgment.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C221
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

8. Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: United States District Court - District of Minnesota

2. Date of judgment of conviction: December 6, 2002

3. Length of sentence: 96 months

CONTINUED ON NEXT PAGE.

4. Nature of offense involved (all counts):

Title 8 USC § 1326, Unlawful Reentry after deportation

5. What was your plea? (Check one)

☐ Not Guilty ☑ Guilty ☐ Nolo contendere

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one) ☐ Jury ☑ Judge Only

7. Did you testify at the trial? ☐ Yes ☑ No

8. Did you appeal from the judgment of conviction? ☐ Yes ☑ No

9. If you did appeal, answer the following:

Name of Court: N/A

Result: N/A

Date of result: N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

☐ Yes ☑ No

CONTINUED ON NEXT PAGE.

11. If your answer to 10 was "Yes" give the following information:

Name of Court: N/A

Nature of proceeding: N/A

Grounds raised: N/A

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☑ No

Result: N/A

Date of Result: N/A

As to any *second* petition, application or motion, give the same information:

Name of Court: N/A

Nature of proceeding: N/A

Grounds raised: N/A

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☑ No

CONTINUED ON NEXT PAGE.

Result: N/A

Date of Result: N/A

As to any *third* petition, application or motion, give the same information:

Name of Court: N/A

Nature of proceeding: N/A

Grounds raised: N/A

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☑ No

Result: N/A

Date of Result: N/A

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

First petition, etc. ☐ Yes ☑ No

Second petition, etc. ☐ Yes ☑ No

Third petition, etc. ☐ Yes ☑ No

CONTINUED ON NEXT PAGE.

If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

DO NOT CHECK ANY OF THESE LISTED GROUNDS. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

CONTINUED ON NEXT PAGE.

(h) Conviction obtained by a violation of the protection against double jeopardy.

(i) Denial of effective assistance of counsel.

(j) Denial of right to appeal.

A. Ground One: Defendant seeks to correct sentence imposed so that the order that Federal sentence to run concurrent with state sentence be honored by the United States Bureau of Prisons.

Supporting FACTS (tell your story briefly without citing cases or law):

Defendant was arrested on 4-24-01 by the State of Minnesota, and has been in continuous custody since that date. The sentencing judge in the United States District Court, Minnesota District ordered for defendants' 96 month federal sentence to be run concurrent to the state sentence he was then serving in Nobles County 53-K1-01-284. However, the BOP computation is only awarding defendant jail time credit of 112 days, from 5-03-01 to 8-22-01. Defendant contends that he is not recieving credit for the dates 8-22-01 thru 12-06-02, which he should recieve per order that he was still in custody and time was running still then after the Court's order.

B. Ground Two: Trial judge was in error for sentencing defendant under a more severe sentence than authorized under the Federal Sentencing Guidelines for Illegal-Reentry.

Supporting FACTS (tell your story briefly without citing cases or law):

The defendant was charged by indictment of one count for Illegal Reentry, which he pled guilty to said offense. This offense level is 8 (eight). However, the trial judge allowed for the Pre-Sentence Report by the U.S. Probation Dept. to include relative conduct and/or prior criminal convictions to increase the offense level to 21 and Criminal History Category to VI. Defendant requests a review of his sentence in light of the recent Supreme Court decision with respect to Booker v. U.S., Fanfan v. U.S. as affected by the decision in Blakely v. Washington.

CONTINUED ON NEXT PAGE.

If defendant's imposed sentence under the Sentencing Guidelines is unconstitutional, in light of the recent Supreme Court decision, defendant respectfully requests that said sentence be corrected.

C. Ground Three: N/A

Supporting FACTS (tell your story briefly without citing cases or law):

N/A

D. Ground Four: N/A

Supporting FACTS (tell your story briefly without citing cases or law):

N/A

CONTINUED ON NEXT PAGE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes ☑ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: N/A

CONTINUED ON NEXT PAGE.

(c) At trial: N/A

(d) At sentencing: N/A

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

☐ Yes ☑ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes ☑ No

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

CONTINUED ON NEXT PAGE.

(b) And give date and length of sentence to be served in the future:

N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes ☑ No

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on January 17, 2005 (date).

Signature of Movant