# THE UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_______ _______ Division

UNITED STATES OF AMERICA

vs.

JESUS FLORES-FLORES
MOVANT

CR01-152 RHK/AJB

DECLARATION IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, Jesus Flores - Flores, declare, depose, and say that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ☑ No ☐

a. If you answered **YES**, state the amount of your salary or wages per month, and give the name and address of your employer.

Federal Correctional Institution (Beaumont-Low)
P.O. Box 26025 ; Beaumont, Texas 77720-6025

b. If you answered **NO**, state the date of last employment and the amount of the salary and wages per month which you received.

N/A

SCANNED
JAN 24 2005
U.S. DISTRICT COURT ST. PAUL

5. List the persons who are dependent upon you for support; state your relationship to those persons (father, mother, spouse, etc.); and indicate how much you contribute toward their support.

N/A.

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this 17th day of January, 2005.

[signature]
Signature of Plaintiff

I hereby certify that the plaintiff herein has the sum of $ 10.65 on account to his/her credit at the FCC Beaumont institution where he/she is confined.

I further certify that the plaintiff likewise has the following securities to his/her credit according to the records of said N/A institution:

[signature] counselor
Authorized Officer of Institution