UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs

ORDER
Cr.01-152
CV 05-140 RHK

JESUS FLORES-FLORES,

Defendant.

-------------------------

The defendant in the above action has filed a motion with this Court seeking relief under 28 USC 2255.

IT IS ORDERED, that the United States Attorney shall file a responsive memorandum on or before February 24, 2005

Dated: January 25, 2005.

s/ Richard H. Kyle
Richard H. Kyle, Judge
U.S. District Court