UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-152(RHK/AJB)
Civil No. 05-140(RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>JESUS FLORES-FLORES,<br><br>Defendant-Petitioner. | GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S HABEAS MOTION PURSUANT TO 28 U.S.C. § 2255 |

The United States of America, appearing through its attorneys, Thomas B. Heffelfinger, United States Attorney, and Richard A. Newberry, Assistant United States Attorney, moves this Court for an extension of time to file its opposition to Defendant Jesus Flores-Flores' § 2255 habeas motion.

The government's response is due on February 24, 2005. However, due to government counsel's case load and schedule, the United States respectfully requests an extension to March 10, 2005 to file its response.

Respectfully submitted,

Dated: February 23, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/ Richard Newberry
BY: RICHARD NEWBERRY
Assistant U.S. Attorney
Attorney I.D. No. 164756