UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-152(RHK/AJB)
Civil No. 05-140(RHK)

UNITED STATES OF AMERICA,

Plaintiff-Respondent,

v.

JESUS FLORES-FLORES,

Petitioner-Defendant.

ORDER

The above-entitled matter is before the undersigned United States District Court Judge, pursuant to Plaintiff's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED, and that Plaintiff shall be granted until March 10, 2005, to prepare and submit its response to the § 2255 motion.

Dated: 2/24/05

s/Richard H. Kyle
RICHARD H. KYLE, JUDGE
United States District Court