RE...
CL... ...URT

Clerk, U.S. District Court
District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

Date : May 02, 2005

Jesus Flores Flores
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. Box 1560 / RCDC-II, Unit. E-6
Pecos, Texas 79772

NOTICE TO THE COURT OF CHANGE OF ADDRESS
CRIMINAL CASE No: 01-152 RHK/AJB
CIVIL CASE No: 05-140

I, Jesus Flores Flores, hereby notify to this Court my change of address from : FCI, P.O. Box 26020, Beaumont, TX 77720 to Reeves County Detention Center, P.O. Box 1560 / RCDC-II, E-6, Pecos, Texas 79772.

This Court is hereby notify on this 02 day of May, 2005.

Respectfully Submitted by :

[signature]

Jesus Flores Flores

SCANNED
MAY 09 2005
U.S. DISTRICT COURT ST. PAUL