# CERTIFICATE OF SERVICE

I, Jesus Flores Flores, hereby certify, that a true original and copy of the foregoing document of Notification to the Court of my address change, has been mailed by the Regular Institutional United States Mail System, Postage Prepaid, First Class, to :

Clerk, U.S. District Court
District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

Executed on this 02 day of May, 2005.

Respectfully Submitted by :

Jesus Flores Flores

SCANNED
MAY 09 2005
U.S. DISTRICT COURT ST. PAUL