PECOS TEXAS

RECEIVED
BY MAIL
MAY 23 2005
CLERK, US DIST. COURT
ST. PAUL, MN

TO DISTRIC CLERK:

CLERK OF THE COURT IN RE:

FLORES V. U.S.A., CIVIL ACTION NO 0:01-cr-152 RHK/AJB

no copies received. leah

**CLERK, U.S. District court;** enclosed youll find copies of notification sent to me through your office, in which my 28 U.S.C. 2255 Habeas Corpus motion was filed and in which case number of same was filed in the appropriate division office January 17 2005

none received. leah

Also, youll find copy of order of the court to the government, giving same sixty (60) days from the date of service (see exhibit A and B ) of process to answer the motion to vacate, set aside or correct sentence in full compliance with Rule 5 of the Rules Governing section 2255 and show cause why relief prayed for should not be granted.

not rec'd 5-24-05 leah

Clerk; With all this documents in your hands the request I am extending to you, is to verify if this motion is in process if the government has requested extensions without my knowledge or the actual status of same, a considerable amount of time has elapsed since the court ordered Government to respond and I need to know in order to prepare the reply brief.

RESPECTFULLY SUBMITTED BY:

JESUS FLORES FLORES.

Jesus Flores-Flores
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. BOX 1560 RCDC-II, Unit. E
Pecos Texas 79772

SCANNED
MAY 24 2005
U.S. DISTRICT COURT ST. PAUL