UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

| | | |
|---|---|---|
| JESUS FLORES FLORES, Petitioner/Defendant, | ) | |
| vs. | ) | Case No. 05-CV-140-(RHK) 01-CR-152-(1)(RHK) |
| UNITED STATES OF AMERICA, Respondent. | ) | |

# NOTICE OF APPEAL

On this 11 day of August 2005, notice if hereby given that Mr. Jesus Flores Flores , defendant above named hereby appeals, to the United States Court of Appeals for the Fifth Circuit, from the dismissal order of the Petitioner habeas corpus petition under Title 28 U.S.C. §2255, to vacate, set aside or correct sentence, emitted by the United States District Judge for the District of Minnesota, Mr. Richard H. Kyle, on July 27, 2005.

Respectfully Submitted

[signature]

Jesus Flores Flores
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. Box 1560/RCDC-II, Unit.E-5
Pecos, Texas 79772

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL