# CERTIFICATE OF SERVICE

I, Mr. Jesus Flores Flores , hereby certify that a true original and two copy of the foregoint Notice of Appeal, was mail by the Regular Institution's Internal Mail System on this 11 day of August 2005, to :

United States Court of Appeals
for the Eighth Circuit
Office of the Clerk
111 South 10th St., Suite 24327
ST. LOUIS, MO 63102

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
for the District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

Executed on this 11 day of August 2005.

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL

Respectfully Submitted

[signature]

Jesus Flores Flores
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. Box 1560/RCDC-II, Unit. E-5
Pecos, Texas 79772

* Pursuant to Fed.R.App.P.25(a), "Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filing. Timely filing of papers by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. §1746) setting for the date of deposit and stating that first-class postage has been prepaid."