IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Respondent, | ) | |
| vs. | ) | Case No. 05-CV-140-(RHK) 01-CR-152-(1)(RHK) |
| JESUS FLORES FLORES, Petitioner. | ) | |

**MOTION TO PROCEED IN FORMA PAUPERIS PURSUANT TO (FRAP 24) AND 28 U.S.C. SEC. 1915**

---

**NOW COMES,** Mr. Jesus Flores Flores , hereby in pro-se, who respectfully moves this Honorable United States District Court to grant Petitioner's Motion to proceed in forma pauperis pursuant to (FRAP 24) and 28 U.S.C. Sec. 1915 to Appeals the dismissal order of the Petitioner Habeas Corpus Petition under Title 28 U.S.C. §2255, to vacate , set aside or correct sentence, emitted by the United States District Judge for the District of Minnesota, Mr. Richard H. Kyle, on **July 27, 2005.**

Without prepayment of costo and fee of the proceeding of the Petitioner's Appeals.

Respectfully Submitted

[signature]

**Mr. Jesus Flores Flores**

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL