**CERTIFICATE OF SERVICE**

I, Mr. Jesus Flores Flores, hereby certify that a true original and two copy of the foregoing Motion for Proceeding in Forma Pausperis and Petitioner's Affidavit in support of his Petition for Review en Forma Pauperis pursuant to 28 U.S.C. Sec. 1915 was sent this 11 day of August, 2005 to the United States District Court and to the United States Court of Appeal at the following address :

United States District Court
for the District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101-1460

United States Court of Appeals
for the Eighth Circuit
Office of the Clerk
111 South 10th St., Ste. 24327
St. Louis, MO 63102

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Execute on this 11 day of August, 2005.

Respectfully Submitted

[signature]

Jesus Flores Flores
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. Box 1560 / Unit. 2-E-5
Pecos, Texas 79772

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL

* Pursuant to Fed.R.App.P.25(a), "Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filing. Timely filing of papers by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. §1746) setting for the date of deposit and stating that first-class postage has been prepaid."