IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
AUG 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES OF AMERICA,
Respondent,

vs.

JESUS FLORES FLORES,
Petitioner.

Case No. 05-CV-140-(RHK)
0$-CR-152-(1)(RHK)

PETITIONER'S AFFIDAVIT IN SUPPORT OF HIS PETITION

PETITION OF PROCEED IN FORMA PAUPERIS

---

I, Mr. Jesus Flores Flores , being duly sworn deposes and said :

1. This affidavit is made pursuant to 28 U.S.C. section 1915 in support on Petitioner's Petition for Review.

2. I am the Petitioner in this action.

3. I wish to Petition the dismissal order of the Petitioner Habeas Corpus Petition under Title 28 U.S.C. §2255, to vacate, set aside or correct sentence, emitted by the United States District Judge for the District of Minnesota, Mr. Richard H. Kyle on July 27, 2005.

4. This section is required by 28 U.S.C. Sec. 1915 (a), which also provides that a Petition for Review cannot take if the Court certifies that is not in good faith.

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL

5. I am unable to pay for the court fees and cost necessary to prosecute this Petition for Review, and any other documents in reference in my Petition to give security for their payment.

6. I had been in Bureau of Prison custody since May 24, 2001.

7. I am not currently working. I have not income since my arrest of May 24 , 2001 . I had no value of cash, checking, saving and/or bank accounts.

8. I therefore respectfully request to this Honorable United States Disirct Court to precede my Petition for Review in forma pauperis pursuant to 28 U.S.C. sec. 1915.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11 day of August , 2005

Respectfully Submitted

**JESUS FLORES FLORES**
Reg. No: 10543-041 / 79207
Reeves County Detention Center
P.O. Box 1560 / Unit. 2-E-5
Pecos, Texas 79772