# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-3395

| | | |
|---|---|---|
| Jesus Flores-Flores, | * | CR 01-152 RHK/AJB |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| United States of America, | * | |
| Appellee. | * | |

RECEIVED BY MAIL
DEC 29 2005
CLERK US DIST COURT MINNEAPOLIS MN

Before RILEY, FAGG, and GRUENDER, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

October 28, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
DEC 30 2005
U.S. DISTRICT COURT MPLS